IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

DAVID JESUALE,

        Plaintiff,

v.

ORACLE AMERICA, INC.,

        Defendant.

_____

## COMPLAINT
_____

PLAINTIFF DAVID JESUALE, by and through his attorney, the Olsen Firm, states for his Complaint as follows:

### NATURE OF CLAIMS

1. Plaintiff invokes the jurisdiction of the court pursuant to the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*; and parallel Colorado statutory law to remedy employment discrimination because of age, and retaliation for protected conduct, namely complaining about discrimination.

### JURISDICTION AND VENUE

2. This court is empowered to hear and decide these claims by 28 U.S.C. §§ 1331, 1343, 2201 and 2202, and by 29 U.S.C. § 621 *et seq.*.

1

3. Venue is fair and appropriate in the District of Colorado pursuant to 28 U.S.C. § 1391(b)(2) because some of the events giving rise to the claims occurred in Colorado.

## PARTIES

4. Plaintiff David Jesuale is a man and citizen of the United States. His date of birth is November 28, 1950, and thus he was over 40 years old at times pertinent to this Complaint.

5. Defendant Oracle America, Inc. ["Oracle"] is a corporation qualified to do and doing business in the State of Colorado. Its headquarters is at 500 Oracle Parkway, Redwood City, California 94065.

## ADMINISTRATIVE PROCEDURES

6. Plaintiff properly filed his charge of discrimination and retaliation with the Denver district office of the United States Equal Employment Opportunity Commission [EEOC].

7. Notice of Right to Sue was received by plaintiff from the EEOC, and the Complaint is filed within 90 days thereof.

## ALLEGATIONS

8. The above paragraphs are incorporated herein.

9. Plaintiff was first employed by a company named Sun Microsystems Inc. [hereinafter "Sun"] for many years, and he rose to the level of senior manager.

10. Plaintiff was informed that he was going to be terminated from Sun allegedly because of a reduction in force.

11. Plaintiff perceived that his selection to be terminated was an act of age discrimination.

12. Plaintiff hired an attorney to file a claim of age discrimination with Sun, and that claim was sent to Sun by letter on February 12, 2010.

13. The letter was addressed to, and received by, Dale Boland, assistant general counsel in Sun's Employment & Benefits Law Group.  The letter reported, among other things, as follows: "Upon completion of our preliminary investigation, we have concluded that this comprises a powerful case of age discrimination, an ideal fact pattern to take into federal court."

14. Further communications ensued in which plaintiff, through his attorney, asserted his claim of age discrimination against Sun.

15. Plaintiff was terminated from Sun and his last day of work was on or about February 14, 2010.

16. The next day, February 15, 2010, Sun was acquired by Oracle America, Inc., the defendant herein, in a corporate merger.

17. Thus, Sun became a wholly-owned subsidiary of Defendant Oracle America, Inc.

18. On or about March 16, 2010, plaintiff signed a separation release with Sun, which waived all of his rights with regard to any conduct occurring prior to the date of the release.

19. The release did not release nor affect plaintiff's rights with regard to future

conduct against him.  Such conduct had not occurred yet.

20.  Plaintiff subsequently applied for many jobs at Oracle including all of those set forth on attached Exhibit A.

21.  Plaintiff was fully and/or well qualified for all or most of the jobs for which he applied.

22.  His applications were acknowledged received by Oracle.

23.  With regard to said applications, plaintiff never received any further response or communication nor was he granted any interviews or consideration.

24.  It is probable that all of the jobs were filled by applicants who were younger than plaintiff, whose date of birth is November 28, 1950.

25.  It is probable that all of the jobs were filled by applicants who had never previously engaged in protected conduct nor complained about discrimination.

26.  Plaintiff believes that he was on an express or *de facto* "no hire" list with Oracle.

27.  Plaintiff believes that his applications were not fairly considered and processed because of his age, over 40, and because he had previously engaged in protected conduct and complained about discrimination.

28.  The actions described in this Complaint were taken against plaintiff because he was over 40 years old who previously engaged in protected conduct and complained about discrimination.

29.  This is a mixed motive case of age discrimination and retaliation for engaging in

conduct protected by federal law (complaining about discrimination).

30. The above-described actions against plaintiff were intentional. They were also taken with malice and reckless indifference to plaintiff's protected rights, warranting an award of exemplary or punitive damages.

31. Because of the above-described actions, the plaintiff has suffered or will suffer: loss of amenities of employment at Oracle, including pay, compensation, benefits and salary, front pay, promotion and advancement, as well as future pecuniary losses, including loss of retirement benefits; as well as emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life.

32. The above-stated paragraphs are incorporated into the following Claims for Relief.

### FIRST CLAIM FOR RELIEF

33. By the aforesaid acts of discrimination, the defendant corporation breached the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*

### SECOND CLAIM FOR RELIEF

34. By the aforesaid acts of retaliation, the defendant corporation breached the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*

### THIRD CLAIM FOR RELIEF

35. By the aforesaid acts of discrimination, the defendant corporation breached

C.R.S. § 24-34-401 *et seq*.

## FOURTH CLAIM FOR RELIEF

36.  By the aforesaid acts of retaliation, the defendant corporation breached C.R.S. § 24-34-401 *et seq*.

## PRAYER AND JURY DEMAND

WHEREFORE, Plaintiff respectfully moves this Court and prays for:

(a)  damages for past, present, and future pecuniary losses stemming from the above-described wrongful conduct in a sum to be determined by the court and jury;

(b)  damages for past, present and future emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, in a sum to be determined by the court and jury;

(c)  exemplary damages in a sum to be determined by the court and jury;

(d)  legal fees, expert fees, and costs of this action;

(e)  all legal interest on sums awarded;

(f)  all issues so triable to be decided by a jury;

(g)  such other relief as the court may deem appropriate.

PLAINTIFF REQUESTS A TRIAL TO JURY.

                              RESPECTFULLY SUBMITTED,
                              THE OLSEN FIRM

                   By:      s/John R. Olsen
                             John R. Olsen
                             Attorney for the Plaintiff
                             8362 Greenwood Drive
                             Niwot, CO 80503
Date: March 22, 2012             (303) 652-1133


Plaintiff's Address:
17140 W. 62nd Circle
Arvada, Colorado 80403

7

# Exhibit A

| Job Title and Unit | Date Applied | Date Response Rec'd | Response Type | Notice Rec'd other than Ack | Application sent to: | Oracle Job Status |
|---|---|---|---|---|---|---|
| Contracts Administrator 1-Fin #IRC 1354445, Santa Anna CR | 6/24/10 | 06/24/10 | Acknowledge receipt of application | NO | irecrutement.oracle.com | Candidacy Closed as of 102511 |
| IRC1354642, 90540, Legal Counsel 4., Redwood Shores, CA USA | 6/24/10 | 06/24/10 | Acknowledge receipt of application | NO | irecrutement.oracle.com | Candidacy Closed 100810 |
| IRC1354594, 58630, License Management Analyst 3-Fin., Redwood City CA USA | 6/24/10 | 06/24/10 | Acknowledge receipt of application | NO | irecrutement.oracle.com | Candidacy Closed 070710 |
| IRC1352411, 70520, Contracts Administrator 2-Fin, Broomfield CO USA | 6/2/10 | 06/02/10 | Acknowledge receipt of application | NO | irecrutement.oracle.com | Active Application |
| IRC1284771, 90610, Paralegal 1., Redwood Shores, CA USA | 6/24/10 | 06/24/10 | Acknowledge receipt of application | NO | irecrutement.oracle.com | Candidacy Closed as of 9-15-10 |
| IRC1322254, 58680, License Management Director-Fin., Burlington MA USA | 3/31/10 | 03/31/10 | Acknowledge receipt of application | NO | irecrutement.oracle.com | Candidacy Closed 042110 |
| IRC1322896, 15840, Project Manager 4 - Ops. Broomfield CO USA | 3/31/10 | 03/31/10 | Acknowledge receipt of application | NO | irecrutement.oracle.com | Candidacy Closed 051910 |
| IRC1322425, 21650, Consulting Solution Director, Redwood Shores CA USA | 3/31/10 | 03/31/10 | Acknowledge receipt of application | NO | irecrutement.oracle.com | Candidacy Closed 102511 |
| IRC 1359837 Legal Counsel 3, Denver, CO USA | 7/14/10 | 07/14/10 | Acknowledge receipt of application | NO | irecrutement.oracle.com | Candidacy Closed 072110 |
| IRC 1368004(wrong #) Director of Procurement, Contingent Workforce, Rocklin, CA USA | 8/2/10 | | None | No | Ladders to irecrutment.com | Candidacy Closed as of 102511 |

| Job | Applied | Date | Response | Interview | Source | Status |
|---|---|---|---|---|---|---|
| IRC 1378034 Legal Counsel 4, Redwood Shores, CA USA | 8/25/10 | 08/25/10 | Acknowledge receipt of application | No | irecrutment.oracle.com | Candidacy Closed as of 9-15-10 |
| IRC 1378057 Legal Counsel 3, Redwood Shores, CA USA | 8/25/10 | 08/25/10 | Acknowledge receipt of application | No | irecrutment.oracle.com | Candidacy Closed as of 9-15-10 |

9-1-10 Oracle posted 492 jobs this last week

| Job | Applied | Date | Response | Interview | Source | Status |
|---|---|---|---|---|---|---|
| IRC 1381202 License Mgmt Consultant, Rocklin, CA USA | 9/15/10 | | Acknowledge receipt of application | NO | irecrutment.oracle.com | Candidacy closed as of 100810 |
| IRC 1380830 License Mngmr, Santa Clara CA USA | 9/15/10 | 09/15/10 | Acknowledge receipt of application | NO | irecrutment.oracle.com | Candidacy Closed as of 100810 |
| IRC 1381748 Buyer 4 Global Proc, Rocklin, CA USA | 9/15/10 | | Acknowledge receipt of application | NO | irecrutment.oracle.com | Candidacy Closed as of 2.5.12 |

9-15-10 Oracle posted 301 US based jobs in last 2 weeks

| Job | Applied | Date | Response | Interview | Source | Status |
|---|---|---|---|---|---|---|
| IRC 1387547 License Mgmt 3, Redwood City, CA USA | 9/22/10 | 09/22/10 | Acknowledge receipt of application | NO | irecrutment.oracle.com | Candidacy Closed as of 102511 |

9-22-10 Oracle posted 238 US based jobs in the last week

10-8-10 Oracle posted 301 US based jobs in the last 2 weeks

**2011 APPLICATIONS**

| Job | Applied | Date | Response | Interview | Source | Status |
|---|---|---|---|---|---|---|
| IRC 1599550 CUSTOMER SERVICE ACCOUNT MANAGER CONSULTANT 5, Denver, CO USA | 8/17/11 | 08/17/11 | Acknowledge receipt of application | NO | irecrutment.oracle.com | Candidacy closed as of 2/5/12 |
| IRC 1591684 CONTRACTS MANAGER, Reston, VA USA | 8/17/11 | 08/17/11 | Acknowledge receipt of application #140623080 | NO | irecrutment.oracle.com | Candidacy Closed as of 102511 |

| Job | Date | Date | Status | Second Notification | Source | Candidacy |
|---|---|---|---|---|---|---|
| IRC1629701 Legal Counsel 4, Supply Chain and Procurement , Redwood Shores, CA USA | 10/28/11 | 10/28/11 | Acknowledge receipt of app | NO | irecrutment.oracle.com | Candidacy Closed as of 2/5/12 |
| IRC1625725 Support Engineer, Non technical, Broomfield, CO USA | 10/28/11 | 10/28/11 | Acknowledge receipt of app | NO | irecrutment.oracle.com | Candidacy closed as of 2/5/12 |
| **2012 Applications** | | | | | | |
| IRC1709711 Svc Renewal Rep III, location not stated. Boulder, CO USA | 2/5/12 | 02/05/12 | Acknowledge receipt of app | NO | irecrutment.oracle.com | Candidacy closed as of 2-29-12 |
| IRC1697636 Contract Admn, Broomfield, CO USA | 2/5/12 | 02/05/12 | Acknowledge receipt of app | NO | irecrutment.oracle.com | Active Application |
| IRC 1718424 Technical Analyst 2-Support, Multiple Locations | 2/29/12 | 02/29/12 | Acknowledge receipt of app ID 157502500 | 3-11-12 rec'd second notification ID158214300 | irecrutment.oracle.com | Candidacy closed as of 3-11-12 |