IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00717-PAB-KLM

DAVID JESUALE,

    Plaintiff,

v.

ORACLE AMERICA, INC.,

    Defendant.

---

## MINUTE ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on the **Stipulated Motion for Entry of Protective Order** [Docket No. 12; Filed August 10, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Stipulated Protective Order is accepted with interlineations and entered contemporaneously with this Minute Order.

    Dated:  August 13, 2012