IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00717-PAB-KLM

DAVID JESUALE,

    Plaintiff,

v.

ORACLE AMERICA, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Stipulated Motion to Amend Scheduling Order** [Docket No. 16; Filed December 22, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. The Scheduling Order entered on July 19, 2012 [#11] is modified to extend the following deadlines:

- Discovery Cut-off     **January 31, 2013**
- Dispositive Motion Deadline     **March 15, 2013**

Dated: January 2, 2013