**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.12-cv-00717-PAB-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: March 19, 2013** | Courtroom Deputy, Monique Wiles |

DAVID JESUALE                               John R. Olsen

    **Plaintiff(s),**

v.

ORACLE AMERICA, INC.                Stephen M. Dehoff
    **Defendant(s).**

**COURTROOM   MINUTES  /  MINUTE   ORDER**

**HEARING:  DISCOVERY  HEARING**
**Court in session: 2:04 p.m.**
Court calls case.  Telephonic appearance of counsel.

This matter is before the Court regarding **(1)  Plaintiff's oral Motion to Amend Scheduling Order regarding permitted number of depositions and oral Motion to Compel Depositions (the "Deposition Motion")** and **(2) Plaintiff's oral Motion to Compel inspection of Defendant's I-recruitment computer system (the "Inspection Motion").**

Counsel provide the background and basis of  the discovery dispute.  For reasons stated on the record,

Plaintiff makes oral Motion to Withdraw Plaintiff's Motion to Compel Discovery [Doc. No. 20, filed 3/15/2013].

| | |
|---|---|
| **It is ORDERED:** | **Plaintiff's oral Motion to Withdraw Motion to Compel Discovery** is **GRANTED.**  The Motion to Compel Discovery [Doc. No. 20, filed 3/15/2013] is deemed **WITHDRAWN.** |
| **It is ORDERED:** | The Deposition Motion is **DENIED without prejudice.**  The parties are directed to confer further about the identity of the eight individuals who Plaintiff seeks to depose.  To the extent that the parties are unable to resolve this dispute, they shall obtain a telephone hearing pursuant to Magistrate Judge |

|  |  |
|---|---|
|  | Mix's discovery procedures. |
| **It is ORDERED:** | The Inspection Motion is **TAKEN UNDER ADVISEMENT**. Defendant shall file an affidavit which describes the content of the I-recruitment system by category of information **on or before March 26, 2013.** |
|  | Plaintiff shall file a written response to Defendant's affidavit **on or before April 2, 2013.** |

HEARING CONCLUDED.

**Court in recess: 2:59 p.m.**
Total In-court time: 55 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.