**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00717-PAB-KLM

DAVID JESUALE,

      Plaintiff,

v.

ORACLE AMERICA, INC.,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), Final Judgment is entered as follows:

Pursuant to the Order [Docket No. 63] of U.S. District Judge Philip A. Brimmer entered on December 30, 2013 it is

**ORDERED** that defendant's Motion for Summary Judgment [Docket No. 25] is **GRANTED**.  It is further

**ORDERED** that this case is dismissed in its entirety.  It is further

**ORDERED**  that the defendant ORACLE AMERICA, INC., is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 31st day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks
_____

Kathy Preuitt-Parks
Deputy Clerk