IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00717-PAB-KLM

DAVID JESUALE,

      Plaintiff,

v.

ORACLE AMERICA, INC.,

      Defendant.

## STIPULATION AS TO DEFENDANT'S BILL OF COSTS

Pursuant to D.C.COLO.LCivR 54.1, counsel for Defendant Oracle America, Inc. informs the Court that pursuant to an agreement among the parties, the Bill of Costs filed on January 9, 2014 (Doc. #65) is withdrawn.  Defendant Oracle America, Inc. requests that the hearing set for January 29, 2014 at 9:30 a.m. be vacated.

DATED this 28th day of January, 2014.

                                                  FRIESEN LAMB LLP

                                                  By: *s/Stephen M. DeHoff*
                                                        Stephen M. DeHoff
                                                         1675 Larimer Street, Suite 675
                                                         Denver, CO 80202
                                                         Telephone: (720) 904-6000
                                                         Facsimile: (720) 904-6006
                                                         Email: sdehoff@friesenlamb.com

                                                Attorneys for Oracle USA

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2014, I electronically filed the foregoing **STIPULATION AS TO DEFENDANT'S BILL OF COSTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    John R. Olsen
    The Olsen Firm
    8362 Greenwood Drive
    Niwot, CO  80503

                                          *s/Patricia Foos*
                                          Patricia Foos
                                          FRIESEN LAMB, LLP
                                          1675 Larimer Street, Suite 675
                                          Denver, CO 80202
                                          Telephone: (720) 904-6000
                                          Facsimile: (720) 904-6006
                                          Email: pfoos@friesenlamb.com